UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE OCHWAT, | No. 2:15-cv-2130-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| PINNACLE ASSET GROUP, L.L.C., | |
| Defendant. | |

Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on June 24, 2016. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On June 24, 2016, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 24, 2016, are adopted in full;

2. Plaintiff's application for default judgment (ECF No. 8) is granted;

/////

3. Judgment is entered against defendant in the amount of $2,000; and

4. The Clerk is directed to close this case.

DATED: August 25, 2016

             /s/ John A. Mendez_____

             UNITED STATES DISTRICT COURT JUDGE